RECEIVED
SDNY PRO SE OFFICE

2021 MAR 26 AM 10: 16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____Yvonne Frost_____
Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

NYC Anti Social Club
Trinidad NS Consulate
City of NY (CFR)
NS Trinidad Embassy
Commissioner O'Shea
Donald Trump
NS Government
A. Cuomo
NS S.D. County
CVR Associates
A.B.C.
NS Congress
NS Republicans
NYCT

Melanie Knauss
Ivanka Trump
Trinidad Government
Kushner Inc
The White House
Adult Protective Service
NY Supreme Court
Court of Appeal
Bronx Supreme Court
NS Senate
NS Democratics
NYC MTA
NYPD

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) Retaliation
(2) Abuse Of Power
(3) Persecution
(4) Discrimination

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Yvonne* _____ *Frost* _____
First Name        Middle Initial        Last Name

*40 Ann Street* _____
Street Address

*New York* _____ *NY* _____ *10038* _____
County, City                                State              Zip Code

*NONE* _____ *Yvonne.Frost1@aol.com* _____
Telephone Number                            Email Address (if available)

Defendant 1

First Name: Donald
Last Name: Trump

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 2

First Name: U.S
Last Name: Congress

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3

First Name: 
Last Name: N. Y. P. D

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City: NEW YORK        State: NY        Zip Code: 10007

Defendant 5: Commissioner O'Shea
Defendant 6: Kushner Inc
Defendant 7: Ivanka Trump
Defendant 8: Melanie Knauss
Defendant 9: A.B.C.
Defendant 10: A. Cuomo
Defendant 11: 21407 NY (HHA)
Defendant 12: CVR Associates Inc
Defendant 13: NYC Hutt Social Club
Defendant 14: NS Supreme Court
Defendant 15: US Government
Defendant 16: Adult Protective Service
Defendant 17: US Trinidad embassy
Defendant 18: Bronx Supreme Court
Defendant 19: NS SD Court
Defendant 20: Court of Appeal
Defendant 21: NYCT
Defendant 22: NYC MTA
Defendant 23: NS Senate
Defendant 24: NS Republicans
Defendant 25: Democratics
Defendant 26: NYPD

Defendant 4: __The__ __White House__
            First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __Brooklyn and New York City__

Date(s) of occurrence: __03/18/21 — 03/22/21__

### FACTS:
State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

    At about 6:35pm on Sunday a defendant showed up on the opposite Church Avenue platform where I stood writing my Order. Having knowledge of a few people and the case an intelligent person can see the answer or outcome based on the 6:35pm visit.

    The defendant that showed up is head strong, stubborn and greedy. I heard "You see how big those eyes are."

    The defendant said "he took somethings and is keeping it". I also heard "I told you all I aint eating nothing bitter".

    Though clothes and the appearances slightly changes I know who they are. Within fifteen minutes the defendant was back. The re-appearances by him and

Page 5

close buddy(s) continued for about one hour inside the train and on the platform.

On Saturday I heard some one said "Is there another way?"

Today is Sunday. The defendants came after me hard. One man followed me from Prospect Park to the Church Avenue train Station financially depleting me. The walk was about a hour and a half. This defendant changed garments magically during the hour and half walk. This defendant looked

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Reuse dirty clothes. Harrassed. mental stress. uncomfortability.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the Biden team, FBI, CIA and L. James to investigate.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors, and

FACT (2)

disturbed a couple of times. They are not allowing me to breathe. "Finish her off" I heard someone said.

The sharp instrument used in my nook on me was used to kill any new birth physically coming from me. I heard a defendant said "These things do not apply to me."
"You get your milk right here" I further heard. The defendant pointed to himself — his private. The defendant said "You see — is time already."

When I cough my entire stomach area pains — it feels collapse and weak. A man asked me if I wanted some water today. Half was already gone from the bottle. I told him a sealed bottle of water most people offer not a half drank one.

He shifted from water and asked "if I wanted something to eat" in his bag he carried. I said I already had. The incident occurred at the 72nd Street platform by the elevator. Another thought — was that water drinkable or contaminated?

At Beekman and Water Street I hoped to catch a bit of sun and air. My body needed it. Same revenge seeking madness again. Young women joined too. "Money would never make them happy" Jesus once said. A basic necessity in life "air" I cannot enjoy. Just as I briskly got out of Prospect Park I did the same at South Street Seaport/Beekman and Water area.

Sharks and wolves coming after me sucking my blood dry up until 1:30 am this morning (monday). I spotted two defendants close and around my √2/1 John Street nook. At least one was walking a dog. I said "You people are sick." After the dog walking at least four times they/vigilantes passed by zapping me today (Monday).

FACT (3)

I have to rewrote fact three. — It just blew away. It do not surprise me. Vigalantees are already on the platform doing what they do best — magic, sciences, stealing and voodoo. I saw my note for the full/blown away paper too. There was no stopping it.

There are two separate sets of hearing taking place at the courts mines and the impeachment. The impeachment appear to be flowing smoothly. Mines is like a top spinning in a ditch going no where.

Last week zappers zapped me while I stood waiting to get my eyes scanned at court of Appeal. The eye scan never happened. I said to the check in security "that don't make sense". I stood there for assigned people to extract money from me then was told to move to step two.

I believe court of appeal is the belly of snake. I believe Satan dwells there. I can never come out alive after leaving court of appeal. Court of appeal working hand in hand with a defendant who sits in a very high place. Corruption and corrupted - dark very dark.

How can a poor person who comes into court stand a chance against these giants? I am not turning over this fact 3 over to you science man on the platform — you got the first one that blew away.

I am holding the defendants accountable of oppression, discrimination, corruption, inhumane action, persecution and abuse of power. I have filed previous cout cases against court of appeal. Court of appeal is retaliating.

Too much darkness exist in and with court of appeal. Sunlight must come in. It is the only way poor people can stand a chance. Once again I would like to ask the Biden team and the court to bring

FACT 6)

the court of appeal under new management or shut it down. The latter is more powerful and should send a message to other courts who are corrupted or/and thinking of corruption.

The last vision shown to me was that of a young man asking another man if he was okay. "Do not mess up - I am here" I further heard. Only Jesus can fix some problems - no one else. All the money in the world would not always make some people happy. I cannot breathe.

The defendants has fitted himself into Mr. Frost place. This defendant don't want happiness for me based on his last knife cutting skills. This defendants appears to be threatened by a future king or queen coming out of a christian (me). Christianity will live on with or without him or I. Darkness must go - sunlight must come in.

I am holding the defendants accountable of wasting time. They all appear to be stubborn, greedy and full of pride. They have destroyed me financially, physically and mentally during time wasting. The actions are boldly repeated. These defendants show no remorse (all based on built upon action). I don't have a life because of their time wasting. No family members too. Priceless treasures I cannot get back because of the defendant's time wasting. I would never want to keep shooting my foot over and over again. That hurts - the pain should let me know it hurts.

FACT (5)

Wasting time, mayhem and madness continues. The defendant(s) have just found a new way to pass the ball over and remain stealth. I believe it is the defendant(s) unhealthy way in which they have fun. Without a shadow of a doubt this family is dysfunctional.

Defendant(s)/hooligans was at my nook in the early morning hours (Sunday) again. Just about everyone knows why the 'nook' obsession. Defendants run gadgets on me like when scanning clothing then leave.

Defendant(s) are spending a few days with me. I heard one said "Why would we do that?"

A defendant noticed my menstrual period after prowling. That cycle did not stop him and his sharp instrument.

It's no wonder why my waistline and stomach pains so much. This weird addiction must stop. For me this is not fun. Subconsciously I told a man "You doing wickedness now."

A man who has children of his own behaving this way!

The defendant programmed me to be at a place and time to pervertly peek at me. While quickly relieving myself (urinating) on a side street two defendants appeared.

One came from the back and the old silverish hair man close distance in front. He was on the sidewalk. The one who came from the back disappeared into an apartment. That's the defendant's sick way of having fun. They would waste time here but not getting me into my house.

When I cough my stomach pains - real bad. My stomach feels very weak. I had to go out to search for milk and found three small packs. My bones need the milk. It is not like me to sleep through an entire night without knowledge of a passer by.

I was drugged and sedated. A couple passing by awoke me with their voices this morning. How did this family get into the White House? I know something was about to go down after seeing NYPD parked on the side street on my way to the "nook."

Based on continuous patterns at my nooks I believe is safe to say/write my money should be restored to me one hundred percent. This replenishment is for everynight because every night defendants steal. This should be understood. I should not have to write this.

The defendants also showed me my knees and pain. Yesterday I was so sleepy. My eyes and nose have been tampered with. My nose feels embalmed. My knuckles appear aged. I saw blood flow stopped. Cramps, cramps, cramps. Jesus had said "when the dead hearse come for you."

This action does not make sense. I write the order then there is compensation and a repetition of the same action. Going around in a circle. Lord You know I am tired of the nooks problems.

I am holding the defendants accountable of sexual assault (repeated) and oppression.

I heard them fighting for water and future built babies. In house secrets I was told it was.

I am banning defendants and all others of using my water to produce future babies. You don't have my signature - that's a crime. I said this somewhere a long time ago it still applies. Access denied. You all are big thieves and manipulators.

There is a pregnant female (african) on Mr. Frost side - she gets nothing. Mr. Frost had no knowledge of this pregnancy manipulation. They are all bullies with big, big monetary eyes. I am holding them

accountable of using specimen without permission. Please don't show up in the car I ride.

Moving on. Gone, gone, gone. The fruit vendor I recently gave money to vanished. The bench was too low for him. I was told "he took double money." Jesus said "How did a magician get into your pocket." One makes it bad for all others. I need the excess money restored to me.

Moving on. It hurts me to see the mental, emotional and physical impact Duvane has to embrace. I did not want Duvane see me in this homeless condition. Why do all those unconscionable and wicked acts onto him. He is a man why the repeated female clothing worn on him?

Why try to convert him into something he is not? Last week was jewish dressing. Today (Sunday) is kinda hypie with headtie. Why the alteration? Adult Protective Service where are you? Why cant Duvane say no to this? Who is the bully?

Once again I am holding the defendants accountable of programming, mind control, abuse and inhumane action. He is still running outside doing errands to harm his mom in cold weather. The new defendants have been using him to get to deplete me — wow! How tasteless. Who gives one authority to do this to another? Defendants took Duvane's money too (spiritual and physical). Please restore all that was stolen back to Duvane.

FACT 6

I have known a couple people who wore New York City Police Department uniform who were not real police officers. I approached an officer yesterday on the Atlantic platform. When I approached him he had long connected dollars and his phone to me.

I said to him "Are you a real police officer?" He said "No imaginary one."
His ID number 12911. It appears to me the officers who shows up around me only shows up to steal. These officers don't look genuine. I know this to be true.

It's like giving the new employee on the job the dirty work to do. Most act like green horns. The seasoned veterans mark my footsteps and small details. On the other hand I asked another officer today "Why have NYPD become like Roman soldiers? I am a Christian.

This officer who stood outside Winthrop subway station was first taken aback. He catch up and partly said "I don't know."

They stalk me and don't let me breathe. They work those cars like money grabbers and destroyers.

I did not say either was not genuine. I asked a question to get an answer. I am holding NYPD accountable of swindlement, stalking, policing and mental and emotional pressure. Sometimes I turn around to avoid them — an inconvenience for me.

New York City M.T.A hit me a mental and physical blow yesterday. I am convince this company wants me physically dead. The acts they do are repeated, inhumane and unconscionable. It appears to be Duane that was given the (raised level) device to zap me. The blow came from the hand of one of two "lovers" making out.

I felt it ran throughout my body and almost threw

FACT (a) Some wants no part of Jesus.

me off the train seat. The blow immediately affected my vocal chords. It was like a third blow from the M.T.A in less than one week. No time to recover. The probability is great Satan dwells in that Flatbush office. Everybody on my back. This mannequin only has one head — all of new york city. My circuit is long over loaded — its common sense. I feel tiny slices or pins sticking in my two foot and legs a lot of times. I am holding new york city M.T.A. accountable of inhumane acts (repeated) and wickedness. Your employee's hand book never informed you to steal Yvonne's money. I am holding M.T.A accountable of mental and physical pressure. Like NYPD I try to avoid M.T.A employees too.

PS I cannot concentrate to write an order — I cannot breathe. On my way to drop off the order more bombardment.

pain and suffering.

I would like to ask the team/court to order the defendants hand over all keys and new compensation to my Archbishop.

I would like to ask the court/team to prosecute all crimes and wrongful actions - with-hold salaries.

I would like to ask the court/team to compensate Dwane for mental and emotional stress, shock, pain and suffering. There is no communication with family members. I would like to ask the court to compensate them all for mental and emotional stress.

OTHER RELIEFS:

① A complex in Trinidad to house perishing believers in christ and christians living in holes. Port-of-Spain area/location. (Fully paid). Fully furnished, solid brick, all amenities, heat, air, elevators, ramp, surveillances, all insurances paid etc

② One million (1m) equally divided amongst Six (6) churches (Christian) facing hardship in Trinidad. Immediate activation.

③ I would like to ask the team/court to look into my parents and siblings donated compensation and receivership. They should have all gotten theirs.

④ Any form the defendant take I would like to ask the team/court to order him stay away from me for the umpteenth time.
Lord am tired.

RELIEF (2)

I would like to ask the team/court to get me out the garbage and into my house. I am still rewearing dirty clothes and eating from out the garbage. I am still aneamic with a pre-existing medical condition.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_03/22/21_
Dated

_Yvonne Frost_
Plaintiff's Signature

_Yvonne_
First Name

Middle Initial

_Frost_
Last Name

_40 Ann Street_
Street Address

_New York___ _NY_
County, City        State

_10038_
Zip Code

_NONE_
Telephone Number

_Yvonne.Frost/Gect-com_
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

THOMAS PROP
40 ANN STREET
NEW YORK NY 10038

RECEIVED
SDNY PRO SE OFFICE
2021 MAR 26 AM 10: 17

RECEIVED
2021 MAR 19 PM 3:13
COURT OF APPEALS
SECOND CIRCUIT
COURT SECRETARY

UNITED STATES 2.D COURT
COURT OF APPEAL
STREET
NY 10007